MICHAEL MURPHY *vs.* S. A. MERRILL.

If a person summoned as trustee out of his own county, contrary to Rev. Sts. *c.*
109, § 7, does not appear, but is defaulted, he is liable to a *scire facias* in that
county, especially if he do not move to dismiss the latter suit until after several
terms of the court.

SHAW, C. J.   On a writ of *scire facias* against a trustee,
the defendant, after the lapse of several terms, moves that
the writ be dismissed, on the ground that in the original writ,
three trustees were named, all of whom were residents of
Lawrence, in the county of Essex, and, therefore, that the
court have no jurisdiction; the action being brought in the
wrong county, contrary to Rev. Sts. *c.* 109, § 7.   In a copy
of the original writ furnished to us, it appears that two of the
trustees named, are described as of Lowell, in this county;
they do not appear to have been served with process, though
they were formally defaulted.   But, supposing they were all
described as of Lawrence, in the county of Essex, and the
defendant did not appear, but made default, it was decided
in an early case, that he could not take advantage of the
objection on *scire facias* afterwards brought against him as
trustee.   *Wilcox* v. *Mills*, 4 Mass. 218.

But there is another ground, quite decisive.   The defend-
ant has appeared in this court, the action has been con-
tinued several times, and it is now too late to make such a
motion to dismiss, if otherwise it could avail.   Where the
court have jurisdiction of the parties and of the subject-
matter, an objection that the action is brought in the wrong
county is matter of abatement, to be pleaded, if the objection
does not appear on the face of the record, otherwise, to be the
subject of a motion to dismiss.   In either case, it must be
taken advantage of at the first term, or at a very early day.
Submission to the jurisdiction, is a waiver of the objection.
*Brown* v. *Webber*, 6 Cush. 560.   The motion to dismiss,
therefore, cannot be sustained.

If the defendant has not answered, he may be required to

answer now; if, on his answer, it appears he has effects, he may be charged; if otherwise, discharged; and in either case, subject to the statute provisions in regard to costs, where a trustee is summoned out of his own county. *Wilcox* v. *Mills*. 4 Mass. 507.

*R. B. Caverley*, for the defendant.

*B. F. Butler*, for the plaintiff.